# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 12-00043-CJC |
| Date | July 8, 2014 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Michelle Urie | Not Reported | Lawrence Kole - Not Present |
|---|---|---|
| *Deputy Clerk* | Court Reporter/Recorder, Tape No. | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brian Bokkes | Not | X | | John W. Barton | Not | X | |

**Proceedings:** (IN CHAMBERS) DETENTION ORDER

In light of the Court's continuance of the revocation hearing as requested by Defendant, the Court revisited the issue of Defendant's detention and conducted an evidentiary hearing. Based on the testimony of the victim's father and on the evidence presented in the Summary of Violation Report dated June 9, 2014, as well as the other evidence presented at the hearing, the Court finds that Defendant has not established by clear and convincing evidence that he is not a danger to other people and the community. Substantial evidence was presented at the hearing indicating that Defendant committed a sexual battery of a minor. There are no conditions that will eliminate the danger. Detention is necessary to protect the public.

| | : | 0 |
|---|---|---|
| | Initials of Deputy Clerk | mu |

cc: